AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF __Delaware__

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

██████████████████████
Camden-Wyoming, DE 19934,
described more particularly
on Attachment A

## SEARCH WARRANT

CASE NUMBER: 07-27M

TO: __SA Taneka Harris, FBI__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SA Taneka Harris, FBI__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

██████████████████████ Camden-Wyoming, DE 19934, described more particularly above

in the _____ District of __Delaware__ there is now concealed a certain person or property, namely (describe the person or property)

see Attachment B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 19, 2007__
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ U.S. Judge or Magistrate as required by law. YOU ARE FURTHER AUTHORIZED TO COMPLY WITH THE CONDITIONS OF Attachment C.

__February 9, 2007 1:13 p.m.__        at   Wilmington, DE
Date and Time Issued                         City and State

Honorable Mary Pat Thynge
District Court Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

AO 93 (Rev. 5/85)  Search Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/09/2007 | 02/16/2007 6:10 a.m. | SCOTT ROBINSON |

INVENTORY MADE IN THE PRESENCE OF
SPECIAL AGENT TANEKA S. HARRIS

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

| ITEM NUMBER | DESCRIPTION |
|---|---|
| 1 | One Fujifilm 35 mm, 27 Exp Quicksnap one time use disposable camera |
| 2 | One Kodak Easyshare C330 digital camera - SN - KCGET54640841. One Kodak SD 512 MB card in Camera |
| 3 | Various CDs |
| 4 | One Comcast SB 5120 cable modem - SN - 06J9H6BGZ913 |
| 5 | One computer processing unit (CPU) - NEC, ID # - 845610102, SN - P098N29755 |
| 6 | One CPU model "Created by MSI" (no SN found) |
| 7 | One letter from Jackson County Court Clerk. One letter from Delaware Health and Social Services |
| 8 | One Gateway CPU - Model Performance 1400 - SN - 0024316279 |
| 9 | One HP CPU, Model # Pavilion 9450E, SN - MXM4110565 |
| 10 | One HP laptop computer, Model - Pavilion Ze4800, SN - CNF4301DDZ (with battery and power cord) |
| 11 | One Kodak Easy Share (with case) - Z650 digital camera, SN - KCKFL62906688. One Dane Elec SD 512 MD digital card in camera |
| 12 | Eight (8) calendars with flight schedules of Scott Robinson |
| 13 | One Maxell 650 MC CD-R 74 min compact disk |
| 14 | One Fujifilm CD-R 650 MB 74 min "Garth Brooks" compact disk |
| 15 | Five 120 min VCR video tapes |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*/s/ Taneka S. Harris*

Subscribed, sworn to, and returned before me this date.

*/s/* U.S. Judge or Magistrate        2/22/07  Date

ATTACHMENT A

LOCATION TO BE SEARCHED

The location of ███████████████, Camden, Delaware 19934, can be described as a two-story home with sand-colored siding, green shutters, two-car garage, small front porch, partial stone front, and an open back yard.

ATTACHMENT B

LIST OF ITEMS TO BE SEIZED

1. Images of child pornography, as defined in 18 U.S.C. § 2256(8), and child erotica, in any format or medium, whether digital, computer file, video tape, film, magazine, or otherwise, including but not limited to the following computer files:

**Houston Pictures**

a. ███████████
b. ███████████.jpg
c. ███████████.jpg
d. ███████████████████████.jpg
e. ███████████████████████████.jpg

**Indianapolis Pictures**

a. ███.jpg
b. ███.jpg
c. ███.jpg
d. ███.jpg
e. ███.jpg

2. Documents and records, in any format, regarding the receipt and/or distribution of child pornography, including the ten computer files listed above.

3. Computers, computer hardware, computer manuals, and related documentation, computer passwords and data security

2

devices that may be, or are used to visually depict child pornography or child erotica.

 4. Computer software, including programs to run operating systems, applications (such as word processing and graphics), utilities and communication programs, including, but not limited to LimeWire and Google "hello" by Picasa P2P softwares.

 5. Indicia of occupancy of ▇▇▇▇▇▇▇▇▇, Camden, Delaware 19934, including but not limited to mortgage documents, rental and lease agreements, utility bills, keys, and postmarked mailings.

 6. Indicia of subscription to Internet Service Providers, including Comcast residential high speed Internet service, Account No. ▇▇▇▇▇▇

 7. Documents and records in any format, regarding the use of email screen names: "▇▇▇▇", "▇▇▇▇▇▇▇▇", and ▇▇▇▇▇▇▇.

 8. All email correspondence with screen name "▇▇▇▇".